# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23393

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Raymond Earl Becquet and Shannone Lasara Becquet<br><br>          Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>          Movant,<br>   vs.<br><br>Raymond Earl Becquet and Shannone Lasara Becquet, Debtors; Anthony H. Mason, Trustee.<br><br>          Respondents. | No. 2:10-bk-26361-SSC<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>4955 E Juana Court<br>Cave Creek, AZ 85331 |

      Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 26th day of August, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Raymond Earl Becquet and Shannone Lasara Becquet filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Anthony H. Mason was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> THIS IS A PURCHASE MONEY SECURITY INSTRUMENT.
> TAX STATEMENTS SHOULD BE SENT TO, WELLS FARGO HOME MORTGAGE, P.O. BOX 11701, NEWARK, NJ 071014701

Debtors executed a Note secured by a Deed of Trust, dated January 3, 2008, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after March 1, 2010.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

...

Debtors are currently in default and contractually due for March 1, 2010. The current default amount is set forth below:

| | |
|---|---:|
| **6 Monthly Payments(s) at $2,871.23** | **$17,227.38** |
| **(March 1, 2010 - August 1, 2010)** | |
| **Property Inspections** | **$30.00** |
| **Property Preservation** | **$30.00** |
| **Foreclosure Fees and Costs** | **$2,471.14** |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$500.00** |
| **Accrued Late Fees** | **$760.14** |
| **Total** | **$21,168.66** |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 4955 E Juana Court Cave Creek, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 26th day of August, 2010.

TIFFANY & BOSCO, P.A.

By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant