IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: October 21, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23393

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Earl Becquet and Shannone Lasara Becquet<br><br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Raymond Earl Becquet and Shannone Lasara Becquet, Debtors; Anthony H. Mason, Trustee.<br><br>    Respondents. | No. 2:10-bk-26361-SSC<br><br>Chapter 7<br><br>AMENDED ORDER<br><br><br>RE: Real Property Located at<br>4955 E Juana Court<br>Cave Creek, AZ 85331 |

IT IS HEREBY ORDERED that the Motion for Relief Bankruptcy Order dated September 24, 2010 is hereby amended to reflect the correct legal description as follows:

    Lot 15 of Parcel 33 at Tatum Ranch, according to the Plat of Record in the Office of the Office of the County Recorder of Maricopa County, Arizona, Recorded Book 419 of Maps, Page 47.

IT IS FURTHER ORDERED that all other provisions of the Relief Order granted on September 24, 2010 are in effect as of the effective date of said Order.